United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA VALENZUELA,

    Plaintiff,

v.

UNIVERSAL HEALTH SERVICES, INC.,

    Defendant.

Case No. 14-cv-03917-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 18

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice as to the claims of Maria Valenzuela and **without** prejudice as to the class claims. The Clerk shall close the case.

Dated: November 25, 2014

_____
WILLIAM H. ORRICK
United States District Judge